IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIOBHAN BIANCA REAVES, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-283-RAH |
| ) | |
| CITY OF AUBURN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On October 28, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 21.) Upon an independent review it is ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 21) is ADOPTED;

2. This case is DISMISSED WITH PREJUDICE.

DONE, on this the 9th day of December 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE